## The Stag Company, Plaintiff in Error, v. Union Bank of Chicago, Defendant in Error.

### Gen. No. 21,688.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. D. H. WAMS-LEY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed with finding of fact. Opinion filed October 10, 1916.

### Statement of the Case.

Action by the Stag Company, a corporation, plaintiff, against the Union Bank of Chicago, a corporation, defendant, to recover the amount of a postdated check drawn by the plaintiff on the defendant and paid by the latter before the day of its date and before notice to stop payment given before the day of its date. To review a judgment for a part of the amount claimed, plaintiff prosecutes a writ of error.

MEYER MORTON, for plaintiff in error.

CHRISTIAN C. H. ZILLMAN, for defendant in error.

MR. JUSTICE McGOORTY delivered the opinion of the court.

### Abstract of the Decision.

BANKS AND BANKING, § 140*—*when bank liable to drawer for payment before due of postdated check.* Where the drawer of a postdated check notified the bank on which it was drawn before the day of its date not to pay it but the bank had already paid it, *held* that the drawer could recover the full amount of the check from the bank, though the drawer admitted that it had received goods and money from the payee, who had cashed the check, which it had applied in payment of the payee's general indebtedness to it, the bank not contending that the payee, on making the payment, had directed the drawer as to the manner in which the payment should be applied on his indebtedness.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.